**Order entered May 13, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01033-CV

### HENRY SANCHEZ D/B/A H SANCHEZ CONSTRUCTION, Appellant

### V.

### ALBERRAMAN L. CASTILLO, Appellee

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-15-03266-B**

## ORDER

Before the Court is appellee's May 9, 2019 second motion for extension of time to file

his brief. We **GRANT** the motion and **ORDER** the brief due by June 7, 2019.

/s/     KEN MOLBERG
           JUSTICE